■ In the Matter of DAVID M. SMITH et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 2.) [879 NYS2d 750]—Appeal from an order of the Court of Claims (Norman I. Siegel, J.), entered July 15, 2008. The order denied claimants' motion for leave to renew and reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Ortiz v New York City Hous. Auth.*, 191 AD2d 177 [1993]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.